TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00437-CV

Texas Department of Public Safety, Appellant

v.

Ruby Leyva Gutierrez, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT

NO. C-00-0073-C, HONORABLE DICK ALCALA, JUDGE PRESIDING 

PER CURIAM

 Appellant Texas Department of Public Safety has filed an unopposed motion to
dismiss its appeal. We grant the motion and dismiss the appeal.

Before Justices Kidd, B. A. Smith and Puryear

Appeal Dismissed on Appellant's Motion

Filed: February 1, 2001

Do Not Publish